UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBERT CHARLES DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER CASTILLO,<br><br>        Defendant. | Case No.: 1:25-cv-00407-SKO<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>(Doc. 5) |

Plaintiff Eric Robert Charles Davis is appearing pro se in this civil rights action pursuant to 42 U.S.C section 1983.

**I.    INTRODUCTION**

Plaintiff filed his complaint in this Court on April 9, 2025. (Doc. 1.)  On April 14, 2025, the Court issued its Order to Submit Application to Proceed In Forma Pauperis (IFP) or Pay Filing Fee Within 45 Days. (Doc. 1.) Plaintiff submitted his IFP application on May 9, 2025. (Doc. 5.)

On May 16, 2025, the Court issued its Order Directing Plaintiff to Provide Additional Information Concerning his Application to Proceed In Forma Pauperis by Prisoner and Inmate Statement Report. (Doc. 8.) Plaintiff was directed to provide, within 21 days, a complete response and explanation to Question 3(e) on his IFP application and to explain the JPAY and SALES

1    transactions appearing on his Inmate Statement Report; alternatively, Plaintiff could remit the full

2    filing fee. (*Id.* at 3-4.)  On June 9, 2025, Plaintiff paid the $405 filing fee for this action.[1]

3    **II.    DISCUSSION**

4    Because Plaintiff elected to pay the full filing fee for this action, his pending IFP

5    application has been rendered moot. *See, e.g.*, *Singh v. Pheiffer*, No. 1:22-cv-01412-ADA-EPG

6    (PC), 2022 WL 17812808, at *1 (E.D. Cal. Dec. 19, 2022) (denying IFP application as moot

7    following plaintiff's payment of filing fee); *Felix v. Clendenin*, No. 1:19-cv-01784-AWI-BAM

8    (PC), 2021 WL 4711148, at *1 (E.D. Cal. Sept. 30, 2021) (denying renewed IFP application as

9    moot because plaintiff paid the filing fee).

10   **III.    CONCLUSION AND ORDER**

11   Accordingly, the Court **HEREBY ORDERS** Plaintiff's IFP application filed May 9, 2025

12   (Doc. 5) is **DENIED** as moot. Plaintiff is advised his complaint will be screened in due course.

13   *See* 28 U.S.C. § 1915A(a).

14

15   IT IS SO ORDERED.

16   Dated:  __June 11, 2025__                    ____/s/ *Sheila K. Oberto*____

17                                               UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28   ---
     [1] Receipt number 100005388.