UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBERT CHARLES DAVIS,<br>Plaintiff,<br>v.<br>CORRECTIONAL OFFICER CASTILLO,<br>Defendant. | Case No.: 1:25-cv-00407-EGC (PC)<br><br>ORDER THAT INMATE ERIC ROBERT CHARLES DAVIS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Eric Robert Charles Davis is appearing pro se in this civil rights action pursuant to 42 U.S.C section 1983.

A video settlement conference in this matter commenced on September 2, 2026. Inmate Davis, CDCR #BV-6102, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **September 2, 2026**

UNITED STATES MAGISTRATE JUDGE