UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC ROBERT CHARLES DAVIS,

Plaintiff,

v.

CORRECTIONAL OFFICER CASTILLO,

Defendant.

Case No.: 1:25-cv-00407-EGC (PC)

ORDER THAT INMATE ERIC ROBERT CHARLES DAVIS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED

Plaintiff Eric Robert Charles Davis is appearing pro se in this civil rights action pursuant to 42 U.S.C section 1983.

A video settlement conference in this matter commenced on October 8, 2026. Inmate Eric Robert Charles Davis, CDCR #BV-6102, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 8, 2026**

UNITED STATES MAGISTRATE JUDGE